AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Dec 31 - 2025
John M. Domurad, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| Sapna Sharma, | ) Case No. 8:25-MJ-441(PJE) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 31, 2025, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Improper entry by an alien, any alien who enters or attempts to enter the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Alex J. Espinoza, Border Patrol Agent
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 12/31/2025

_____
*Judge's signature*

City and State: Albany, New York       Hon. Paul J. Evangelista, U.S. Magistrate Judge

*United States of America v. Sapna Sharma*

On December 31, 2025, at approximately 03:07 a.m., Swanton Sector Dispatch, informed Border Patrol Agents at the Champlain Station that New York State Police (NYSP) were out with two women on State Route 22 and Gilbert Road located in Mooers, New York. NYSP had one woman detained in their vehicle and another was located at a nearby house. Agents responded and approached these women, later identified as Sapna SHARMA and K.K., they identified themselves as United States Border Patrol Agents and questioned them as to their citizenship.

K.K. stated that she was a citizen of India and only had immigration documents for Canada but not the United States. SHARMA only stated that she was a citizen of India. Both women were covered in snow and burdocks and claimed they had been walking through the snow and down the roads for two hours. The agents were also informed that the women had been knocking on residences and requesting help and admission into the nearby homes. Both women were placed under arrest and transported to the Champlain Border Patrol Station for further investigation.

At the station, K.K. and SHARMA's biographical information and fingerprints were entered into Department of Homeland Security databases. It was confirmed that K.K. and SHARMA are citizens of India and did not have any documentation that would allow them to be within the United States legally.

SHARMA has previously been granted three B2 Temporary visas into the United States. Sharma last entered the United States on a B2 visa on September 24, 2024, her admission was permitted until October 26, 2024, and she overstayed her admission when she departed on February 14, 2025.

A *Mirandized* interview was conducted by Champlain Border Patrol Agents and it was audio recorded. SHARMA agreed to speak with law enforcement without her lawyer present. SHARMA stated she'd previously been to the United States three times on a visa. When asked if she'd previously used a visa to enter what happened this time. SHARMA stated her previous passport expired and now that she has a new one she can't afford to apply again because she's currently not working. SHARMA stated she wanted to see her child, who is a United States Citizen and lives in California with the father. SHARMA stated after crossing the border she planned on taking an Uber to any motel nearby and then taking a bus to California.

SHARMA is citizens of India, and all citizens of India are required to apply for a visa or other immigration documents before entering the United States. SHARMA illegally entered the United States at a place not designated as a port of entry and therefore was not inspected nor admitted into the United States. Had SHARMA presented herself for inspection she would not have been admitted because she has not been previously granted a current visa to enter the United States.